1  John M. Daley, Esq.  (SBN 065574)
   **LAW OFFICES OF JOHN M. DALEY**
2  111 North Market Street, Suite 300
   San Jose, CA  95113
3  Telephone:  (408) 286-0200
   Facsimile:  (408) 418-4612
4  e-mail:  jdaley@johnmdaley.com

5  Attorneys for Plaintiff Landstar Carrier
   Services, Inc.

**Filed**

NOV 2 7 2012

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LANDSTAR CARRIER SERVICES, INC., a corporation,<br><br>           Plaintiff,<br>    v.<br><br>JOHN BOUAPHA d/b/a REDWOOD GLOBAL LOGISTICS,<br><br>           Defendant. | Case No.  CV 11-06332 PSG<br><br>**ORDER CONTINUING EXAMINATION OF DEFENDANT JOHN BOUAPHA** |

GOOD CAUSE APPEARING THEREFOR,

THE COURT HEREBY ORDERS that the Order of Examination of Defendant John Bouapha shall be and hereby is continued to ~~December~~ January 28, 2012 at 10:00 a.m. in Courtroom 5 of this Court. Defendant John Bouapha did not appear.

IT IS FURTHER ORDERED that this Order shall be served upon defendant John Bouapha by mail at the following addresses:

1491 DeRose Way, #202A, San Jose, CA 95126

2709 Somerset Park Circle, San Jose, CA 95132

Dated: ~~March 5, 2012.~~ November 27, 202

p. S. [signature]
MAGISTRATE JUDGE PAUL GREWEL