1  John M. Daley, Esq. (SBN 065574)
   **LAW OFFICES OF JOHN M. DALEY**
2  111 North Market Street, Suite 300
   San Jose, CA 95113
3  Telephone: (408) 286-0200
   Facsimile: (408) 418-4612
4  e-mail: jdaley@johnmdaley.com

5  Attorneys for Plaintiff Landstar Carrier
       Services, Inc.
6

**Filed**

NOV 2 7 2012

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

7

8                   UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10 _____

11 LANDSTAR CARRIER SERVICES, INC., a        ) Case No. CV 11-06332 PSG
   corporation,                              )
12                                           ) ORDER CONTINUING
              Plaintiff,                     ) EXAMINATION OF DEFENDANT
13   v.                                      ) JOHN BOUAPHA
                                             )
14 JOHN BOUAPHA d/b/a REDWOOD GLOBAL         )
   LOGISTICS,                                )
15                                           )
              Defendant.                     )
16 _____)

17        GOOD CAUSE APPEARING THEREFOR,

18        THE COURT HEREBY ORDERS that the Order of Examination of Defendant John

19 Bouapha shall be and hereby is continued to January 8, 2013 at 10:00 a.m. in Courtroom 5 of

20 this Court. Defendant John Bouapha did not appear.

21        IT IS FURTHER ORDERED that this Order shall be served upon defendant John Bouapha

22 by mail at the following addresses:

23        1491 DeRose Way, #202A, San Jose, CA 95126

24        2709 Somerset Park Circle, San Jose, CA 95132

25        Dated: November 27, 2012

26

27                                          _____
                                            MAGISTRATE JUDGE PAUL GREWEL
28

---

Case No. CV 11-06332 PSG: ORDER CONTINUING DEBTOR EXAMINATION                -1-