1  John M. Daley, Esq. (SBN 065574)
   **LAW OFFICES OF JOHN M. DALEY**
2  111 North Market Street, Suite 300
   San Jose, CA 95113
3  Telephone: (408) 286-0200
   Facsimile: (408) 418-4612
4  e-mail: jdaley@johnmdaley.com

5  Attorneys for Plaintiff Landstar Carrier
       Services, Inc.

**Filed**

NOV 2 7 2012

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

### UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LANDSTAR CARRIER SERVICES, INC., a corporation, | Case No. CV 11-06332 PSG |
| Plaintiff, | ORDER CONTINUING EXAMINATION OF DEFENDANT JOHN BOUAPHA |
| v. | |
| JOHN BOUAPHA d/b/a REDWOOD GLOBAL LOGISTICS, | |
| Defendant. | |

GOOD CAUSE APPEARING THEREFOR,

THE COURT HEREBY ORDERS that the Order of Examination of Defendant John Bouapha shall be and hereby is continued to ~~December~~ January 8, 201**3** at 10:00 a.m. in Courtroom 5 of this Court. Defendant John Bouapha did not appear.

IT IS FURTHER ORDERED that this Order shall be served upon defendant John Bouapha by mail at the following addresses:

   1491 DeRose Way, #202A, San Jose, CA 95126

   2709 Somerset Park Circle, San Jose, CA 95132

Dated: ~~March 5, 2012.~~ November 27, 2012

                                           _P.S. G_____
                                           MAGISTRATE JUDGE PAUL GREWEL