1  John M. Daley, Esq.  (SBN 065574)
   **LAW OFFICES OF JOHN M. DALEY**
2  111 North Market Street, Suite 300
   San Jose, CA  95113
3  Telephone:  (408) 286-0200
   Facsimile:   (408) 418-4612
4  e-mail:  jdaley@johnmdaley.com

5  Attorneys for Plaintiff Landstar Carrier
        Services, Inc.

6

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10

11  LANDSTAR CARRIER SERVICES, INC., a        )   Case No.  CV 11-06332 PSG
    corporation,                              )
12                                            )   **BENCH WARRANT FOR THE**
              Plaintiff,                      )   **ARREST OF DEFENDANT JOHN**
13       v.                                   )   **BOUAPHA [~~PROPOSED~~]**
                                              )
14  JOHN BOUAPHA d/b/a REDWOOD GLOBAL         )
    LOGISTICS,                                )
15                                            )
              Defendant.                      )
16  _____ )

17       GOOD CAUSE APPEARING THEREFOR;

18       THE COURT HEREBY orders the United States Marshall to take defendant John

19  Bouapha, currently residing at 2709 Somerset Park Circle, San Jose, CA 95132, into custody for

20  appearance before this Court.

21       This bench warrant is issued because Mr. Bouapha has failed to appear, after notice,

22  for a scheduled Examination in this Court on January 8, 2013, and to produce documents as required

23  by the Subpoena Duces Tecum issued by counsel.

24       Pursuant to 28 USC § 1826(a), this Court hereby commands the U.S. Marshall to

25  forthwith to convey and deliver Mr. Bouapha to Courtroom 5 of the United States Court for the

26  Northern District of California, located at the Robert F. Peckham Federal Building, 280 South First

27  //

28  //

---

**Case No. CV 11-06332 PSG: BENCH WARRANT**                                              -1-

1  Street, San Jose, CA 95113, so that counsel for plaintiff may examine him regarding property which
2  may be available for execution of the Judgment entered in this matter.
3      Dated: January 24, 2013.

                                    **MAGISTRATE JUDGE PAUL GREWAL**