UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LANDSTAR CARRIER SERVICES, INC,<br><br>Plaintiff,<br><br>v.<br><br>JOHN BOUAPHA,<br><br>Defendant. | Case No. 5:11-cv-06332-PSG<br><br>**ORDER REQUESTING BRIEFING**<br><br>**(Re:  Docket No. 36)** |

Plaintiff Landstar Carrier Services, Inc. moves for a writ to garnish Defendant John Bouapha's wages.[1]  The court invites Landstar to submit a letter brief of up to two pages describing the authority of a federal court sitting in diversity to issue a writ to garnish wages pursuant to a default judgment, by Thursday, April 21, 2016.

**SO ORDERED.**

Dated: April 14, 2016

_____
PAUL S. GREWAL
United States Magistrate Judge

---

[1] *See* Docket No. 36.

Case No. 5:11-cv-06332-PSG
ORDER REQUESTING BRIEFING